## CHESTER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 21, September Term, 1961.]

*Decided October 19, 1961.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Petitioner's application for leave to appeal under the Post Conviction Procedure Act is denied for the reasons set forth in Judge Byrnes' opinion below, which show that the petitioner has alleged no grounds which afford relief under this Act.

*Application denied.*